IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| SHARON BUSH ELLISON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CV 109-060 |
| | ) | |
| KATHY SEABOLT, et al., | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Thurbert Baker is **DISMISSED** as an improper party Respondent, this case filed pursuant to 28 U.S.C. § 2254 is **DISMISSED** without prejudice, Petitioner's motion to stay her parole revocation is **DENIED**, and this civil action is **CLOSED**.[1]

SO ORDERED this 9th day of October, 2009, at Augusta, Georgia.

J. RANDAL HALL
UNITED STATES DISTRICT JUDGE

---

[1] As Petitioner's case is closed, her "Motion for Order Requiring Respondent to Answer" (doc. no. 16) is **MOOT**.